Revised 03/06 WDNY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

19 CV 6860G

FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT
(Non-Prisoner Context)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

A. Full Name of Plaintiff: NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

Carlos A. Santiago
Melissa A. Laffredo

-vs-

B. Full Name(s) of Defendant(s) NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* Add a separate sheet, if necessary.

1. City of Rochester, Police Department North Clinton (Goodman) Section
2. Officers (4) names unknown
3. Officer or more Christopher A. Renz
4. Lieutenants unknown
5. 
6. 

## 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections MUST be answered*

Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.

A. Basis of Jurisdiction in Federal Court: Plaintiffs mailing address: Carlos A. Santiago resides at 71 Hillview Dr Rochester, NY 14622. Melissa A. Laffredo resides at 37 Linnet St. Rochester, NY 14613. The City of Rochester and all officers work in Rochester, NY

State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.

B. Reason for Venue in the Western District: The claim arises in Monroe County, Rochester, New York.

Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.

C. Nature of Suit: The plaintiffs intend to sue for: The tort of negligence for false arrests, false detainment, false imprisonment, malicious prosecution, excessive force for damaging Melissa Laffredo's (R) Shoulder (L) elbow, (R)+(L) wrists, and pulling Melissa's hair out during arrest, mental assault/abuse, continuous psychological torment; as well as pain and suffering and punative damages.

### 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION**  NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: Carlos A. Santiago
Present Address: 71 Hillview Dr. Rochester, New York ~~14222~~ 14622
(585) 339-9946

Name of Second Plaintiff: Melissa A. Laffredo
Present Address: 37 Linnet St. Rochester, NY 14613
(585) 286-5169

**DEFENDANT'S INFORMATION**  NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: City of Rochester Police Department - North Clinton Goodman Section
Official Position of Defendant (if relevant): 
Address of Defendant: Rochester, NY

Name of Second Defendant: Officers (4) or more names unknown
Official Position of Defendant (if relevant): Rochester Police Officers
Address of Defendant: Rochester, NY

Name of Third Defendant: Officer Christopher A. Renz
Official Position of Defendant (if relevant): Rochester Police Officer
Address of Defendant: Rochester, NY

### 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?

Yes X     No ___

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:
Plaintiff(s): Carlos A. Santiago

2

Defendant(s): Officers Shawn Jordan (North Clinton/Goodman Section) Rochester Police Department & Jeananne O'Dell, R.N. (Rochester City Jail)

2. Court (if federal court, name the district; if state court, name the county): United States District Court Western District of New York, Monroe County

3. Docket or Index Number: 6:14-CV-06719-FPG-MJP

4. Name of Judge to whom case was assigned: Honorable Frank P. Geraci

5. The approximate date the action was filed: 12/19/14

6. What was the disposition of the case?

    Is it still pending? Yes _X_ No ____

    If not, give the approximate date it was resolved. ____

    Disposition (check those statements which apply):

    ____ Dismissed (check the statement which indicates why it was dismissed):

        ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

        ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

        ____ By court due to your voluntary withdrawal of claim;

    ____ Judgment upon motion or after trial entered for

        ____ plaintiff
        ____ defendant.

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far as practicable to a single set of circumstances."

**A. FIRST CLAIM:** On (*date of the incident*) _____,
defendant (*give the **name and (if relevant) the position held** of each defendant* involved in this incident) _____
_____
_____

The incident occurred on October 16th, 2018, at or about 2:30 pm at 32 Woodlawn St, Rochester, NY 14607, Carlos and Melissa were moving a 1996 Acura TL to storage and an altercation arose with, Melissa, Carlos, and Melissa's landlord Andrew Schram. Melissa called 911 and officers came to 32 Woodlawn St., Rochester, NY 14607. They spoke with Schram first and Melissa was recording from her phone. Officers asked her to stop recording and move to the sidewalk and she refused several times. The officers drew their weapons on her fiance Carlos Santiago, and told him he was being arrested for an illegal gun he had hidden in his truck, allegedly said Schram to officers. Carlos did not have a weapon or a vehicle at Melissa's residence. Melissa spoke out and said the officers were exploiting Carlos once again and she wanted them to release him. She was then grabbed forcibly by 4 officers and dragged to the police car in Mark's Texas Hots parking lot. She did not resist arrest and her (L) shoulder (R) elbow, (R) + (L) wrists were injured due to the excessive force used against

Also, Carlos was recording this from inside of the police car. Officer Renz opened the police car door and wripped Carlos's phone from his hands and threw it into the trunk of his car and broke his Iphone 7. Officer Renz stated that he was "going down" and that this was "His City" and he (Renz) could do whatever he wants and he told Carlos he was "Going to get rid of him and nobody was going to care, and he would disappear this time". All criminal charges against Carlos A Santiago and Melissa Laffredo in this matter have been Dismissed. Once again, the North Clinton Goodman Section Rochester Police Officers have brutally harassed, injured, mentally abused, psychologically tormented Carlos A Santiago and Melissa Laffredo ongoing since the incident with officer Shawn Jordan, Joseph Bonacci, and Mary Barnes, as well as other officers, on March 6th, 2012.

did the following to me (*briefly state what each defendant named above did*): _____

_____
_____
_____
_____
_____
_____

The federal basis for this claim is: Carlos already has an action 6:14-CV-0679-FPG-MJP involving Rochester Police Department and officers.

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes:*

The items of damages and injuries are: Continuous exploitation of the North Clinton Goodman Section Rochester Police Department Officers. Pain, suffering, humiliation, defamation, false arrests, false detainment, false imprisonment, malicious prosecution, excessive force to Melissa Laffreda (R) shoulder, (L)+(R) wrists, (L) elbow, mental assault, psychological torment aswell as punative damages.

**B. SECOND CLAIM:** On (*date of the incident*) _____,

defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) _____

_____

did the following to me (*briefly state what each defendant named above did*): _____

_____
_____
_____
_____
_____
_____

The federal basis for this claim is: _____

_____

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes:*

_____
_____
_____

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

4

### 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

We are asking the court to award us $2,000,000 for the tort of negligence, for false arrests, false detainment, false imprisonment, malicious prosecution, excessive force injuring Melissa Laffredo and continous mental abuse, psychological torment from the North Clinton Goodman Section Police Department officers endured from our family, since 3/6/12.

Do you want a **jury trial**? Yes____ No __X__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___11/19/19___
　　　　　　　　(date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

　　　　　　　　　　　*Carlos A Santiago*
　　　　　　　　　　　*Melissa A Laffredo*
　　　　　　　　　　　Signature(s) of Plaintiff(s)

5

Supreme Court of the State of
New York County of Monroe.
In the Matter of the Claim of
Carlos A. Santiago and
Melissa A. Laffredo

- against -

City of Rochester, the City of
Rochester Police Dept North Clinton
Section Officers (4) names
unknown, Officer Reiny, Lieutenant
unknown

*[Stamp: ACCEPTED AS A NOTICE OF CLAIM only / CITY OF ROCHESTER / 2019 JAN 14 P / RECEIVED]*

Please take notice that the
claimants herein hereby makes
claim and demand against you
as follows:

1. The name and post office address
of the claimant and of his/her
attorney is:

Claimant                                    Claimants Attorney
Carlos A. Santiago
71 Hillview Drive                           PRO SE
Rochester, NY 14622
(585) 339-9946

<u>Claimant</u>                    <u>Claimant's Attorney</u>

Melissa A. Laffredo              PRO SE
32 Woodlawn St
Rochester, NY 14607
(585) 286-5169


2. The nature of claim:
   The tort of negligence for false arrests, false detainment, false imprisonment, malicious prosecution, excessive force damaging Melissa Laffredo's ®shoulder, Ⓛelbow, Right + Left wrists, and pulling her hair out during arrest, mental assault and psychological torment; as well as pain and suffering and punitive damages.

3. The time when, the place where and the manner in which the claim arose: The incident occurred on October 16th, 2018, at or about 2:30pm at 32 Woodlawn St Rochester, NY 14607.

Carlos and Melissa were moving a 1996 Acura TL to storage and an altercation arose with Melissa, Carlos and her landlord Andrew Schram. Melissa called the police and the officers came to 32 Woodlawn St Rochester, NY 14607 and spoke with Schram first and Melissa was recording from her phone. Officers asked her to stop and move to the sidewalk and she refused several times. The officers ~~officers~~ drew their weapons on her fiancé Carlos Santiago and told him he was being arrested for an illegal gun he had hidden in his truck. Carlos did not have a weapon or any vehicle at Melissa's residence. Melissa spoke out and said the officers were exploiting Carlos once again and she wanted them to release him. She was then ~~arrested~~ grabbed forcibly by 4 police officers and pulled to a police car in Mark's Texas

Hots. parking lot. She did not resist arrest and her L shoulder R elbow, and both Left + right wrists have been injured due to the excessive force used against her. Also, Carlos was recording this from the inside of the police car. Officer Reinz seen Carlos recording and opened the door of the police car and wripped Carlos phone from him and threw it in the trunk of the police car, also breaking his I phone 7. Officer Reinz stated that he was going down and this is "His City" he can do whatever he wants and he told Carlos he was "going to get rid of him and nobody will care and he is going to make him disappear this time." All criminal charges against Carlos A. Santiago and Melissa A. Laffredo in this matter have been DISMISSED.

4. The damages incurred claims are:

pain, suffering, physical injuries, humiliation, defamation, and punative damages. That said claim and demand is hereby presented for adjustment and payment. You are hereby notified that unless it is adjusted and paid within the time provided by law from the date of presentation to you, the claimants intend to commence an action on this claim.

Dated:
January 17th 2019
Rochester, NY 14607

*[Signature: Carlos A. Santiago]*
*[Signature: Melissa A. Laffredo]*

I, Carlos A. Santiago, Melissa A. Laffredo, am the claimants in the above-entitled action. I have read the foregoing complaint and know the contents there of. The contents are true to my own knowledge except the matters therein stated to be

alleged upon information and belief, and ~~as to~~ those matters, I believe them to be true.

*[signature]*

Melissa A. Laffredo

Kyle H. Adams
Notary Public, State of New York
Reg. #01AD6379476
Qualified in Monroe County
Commission Expires 08/20/2022

State of New York )
                  ) SS:
County of Monroe  )

On this, the 11 day of Jan, 2019, before me a notary public, the undersigned officer, personally appeared Melissa L. Laffredo known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the name for the purposes therein contained.

In witness hereof, I hereunto set my hand and official seal.

_____
Notary Public



# Application for Access to Records
## Freedom of Information Law (FOIL)
Monroe County, New York

I hereby apply to ◯ inspect ⬤ obtain a copy of the following records:*

Please be specific:

1) Video Footage on 10/16/18 Monroe County Jail S. Plymouth Booking Video / Strip Search Room (Melissa) Garage entrance to MCJ from Hrs 3pm - 10pm

2) Detailed Dispatch Log for 10/16/18 1pm - 10pm  32 Woodlawn St

3) Detailed Dispatch Log for 8/22/18 - 8/23/18 32 Woodlawn St  8pm - 12pm

Name: Melissa Laffredo
Signature: Melissa Laffredo
Representing (if applicable): Melissa Laffredo / Carlos Santiago
Date: 9/19/19
Mailing Address: 71 Hillview Dr
Telephone (include area code): (585) 773-8159
City, state, zip code: Rochester, NY 14622

Email: mlaffredo2@gmail.co

*There is no charge for the inspection of documents; however, if duplication is requested by you, a charge of $.25 per page is payable to Monroe County.

Notice: You have a right to appeal denial of this application.

**Send Request to:**
Monroe County Access Officer
204 County Office Building • 39 West Main Street • Rochester, New York 14614
Phone: (585) 753-1080 • fax: (585) 753-1068 • email: communications@monroecounty.gov
www.monroecounty.gov

Case: **6:19-cv-06860**
Assigned To : **Geraci, Jr., Frank P.**
Assign. Date : **11/19/2019**
Description: **Santiago et al v. City of Rochester**

JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

Case 6:19-cv-06860-FPG-MJP  Document 1  Filed 11/19/19  Page 16 of 16

19 CV 6860

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Carlos A Scantiago
Melissa A Laffredo

**(b)** County of Residence of First Listed Plaintiff: **Monroe County**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se

## DEFENDANTS
City of Rochester Police Department North Clinton Goodman Section
Officer Renz

County of Residence of First Listed Defendant: **Monroe County**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

NOV 19 2019

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine |  | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability |  | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability |  ☐ 380 Other Personal Property Damage |  | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/Exchange |
|  |  | ☐ 751 Family and Medical Leave Act | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation |  | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/Accommodations / ☐ 530 General |  |  | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** |  |  |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 555 Prison Condition |  |  |  |
|  | ☐ 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $** $2,000,000.00
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE Honorable Frank P. Geraci
DOCKET NUMBER 6:14-CV-06719-FPG

**DATE** 11/19/19
**SIGNATURE OF ATTORNEY OF RECORD**

---
**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____