United States District Court
Western District of New York



Carlos A Santiago
Melissa A Laffredo

6:19-CV-6860

       Plaintiffs,

V.

Officer Renz,
ET AL.

       Defendants.

We, Carlos A. Santiago and Melissa A. Laffredo, are asking the Court for a status update. We have not heard from the Mura Law Group since we last contacted the courts, which said William Lorenz Jr. withdrew from our cases. Also, we ask the court for an immediate conference in front of all parties with the judge to keep cases moving forward.

                   Best Regards,
                   Carlos A Santiago
          Melissa A. Laffredo     9/14/22

Change of Address:   6:19-CV-6860

Melissa A Laffredo

71 Hillview Drive

Rochester, NY 14622

Melissa A Laffredo

9/14/22