UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CARLOS A. SANTIAGO and
MELISSA A. LAFFREDO,

                Plaintiffs,            ORDER TO SHOW CAUSE

     v.                                     19-CV-6860-FPG-MJP

CITY OF ROCHESTER POLICE
DEPARTMENT, et al.,

                Defendants.

---

     **WHEREAS**, the Court held a status conference in this matter on November 3, 2022, at which plaintiffs Carlos A. Santiago and Melissa A. Laffredo were present; and

     **WHEREAS**, Ms. Laffredo insulted the Court and left the courtroom prior to a conclusion of the proceeding while addressing the Court and expressing her discontent with the Rules of Appellate Procedure; and

     **WHEREAS**, the undersigned ordered Ms. Laffredo to return to the courtroom and informed her that she was in contempt of court; it is hereby

     **ORDERED**, that Ms. Laffredo show cause in writing on or before **November 18, 2022**, as to why the Court should not punish her by fine or imprisonment, or both for her behavior before the undersigned in open court pursuant to 28 U.S.C. § 636(e)(2).

**IT IS SO ORDERED**.

DATED:    November 3, 2022
               Rochester, New York

                                                       MARK W. PEDERSEN
                                                       United States Magistrate Judge