United States District Court
Western District of New York

Santiago,

V.

City of Rochester, et al.

6:14-CV-6719
6:19-CV-6860



Dear Honorable Pedersen,

Today, May 8th, 2023, I contacted and left a message for Anne Marie Richmond, ESQ, to help assist in my cases 6:14-CV-6719, 6:19-CV-6860.

Best Regards
Carlos Santiago

I made the call because last I heard you contacted her and there has not been a response in quite some time. I need an attorney ASAP. Carlos Santiago 5/8/23

Revised 05/01 WDNY

# CERTIFICATE OF SERVICE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Santiago

Plaintiff(s),

v.

City of Rochester et al

Defendant(s).

CERTIFICATE OF SERVICE
6:14     6:719
6:19 -CV- 6860

I, (print your name) __Carlos A Santiago__, served a copy of the attached papers (state the name of your papers) __Letter to Court__ upon all other parties in this case by mailing ☐ by hand-delivering ☒ (check the method you used) these documents to the following persons (list the names and addresses of the people you served)

__6th Floor Federal Building__
__Clerks office__
__Rochester NY__

on (date service was made) __5/8/23__

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.

Executed on __5/8/23__   __Carlos Santiago__
           (date)                    (your signature)
                    Melissa A Saffredo