# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK
### ROCHESTER, NEW YORK 14614

MARK W. PEDERSEN  
UNITED STATES MAGISTRATE JUDGE

TEL: (585) 613-4360  
FAX: (585) 613-4365

May 15, 2023

Carlos A. Santiago  
Melissa A. Laffredo  
71 Hillview Drive  
Rochester, New York 14622

Re: 14-CV-6719-FPG-MJP & 19-CV-6860-FPG-MJP

Mr. Santiago and Ms. Laffredo,

The Court is in receipt of your correspondence dated May 8, 2023, in which you sought the status of Judge Pedersen's contacting attorney Anne Marie Richmond. (Letter from C. Santiago to J. Pedersen, May 8, 2023, ECF No. 80.)

Please be advised that Judge Pedersen did reach out to Ms. Richmond but that she advised that her case load is too voluminous at this time to take on more clients. Accordingly, she will not be able to help you with your case.

Very truly yours,

*Victoria S. Gleason*

Victoria S. Gleason  
Law Clerk

cc: Christopher Noone