

**City of Rochester**

Department of Law
City Hall Room 400A, 30 Church Street
Rochester, New York 14614-1295
www.cityofrochester.gov

Christopher S. Noone
Municipal Attorney

May 14, 2024

**Via: ECF and Email**
Hon. Frank P. Geraci, Jr.
U.S. District Court Judge
Western District of New York
100 State Street
Rochester, NY 14614

      Re: *Santiago v. Renz, et al*
           Civil No: 19-CV-6860

Dear Judge Geraci:

    I am writing to respectfully request an eight-day extension to submit Reply papers regarding the Defendants' Summary Judgment Motion (Dkt #86). I believe that the current deadline is this Thursday, May 16, 2024 and I am requesting an extension to Friday, May 24. I spoke yesterday with Ms. Laffredo and she and Mr. Santiago have no objection.

    Thank you for your courtesies and your kind consideration of this request.

                              Very truly yours,

                              Christopher S. Noone
                              Municipal Attorney

CSN/mb

  cc: Carlos Santiago (via email)
       Melissa Laffredo (via email)

Phone: 585.428.6753    Fax: 585.428.6950    TTY: 585.428.6054    EEO/ADA Employer